

# NUMBER 13-13-00184-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SUSANNA E. GROVES,** **Appellant,**

**v.**

**CAMERON APPRAISAL DISTRICT,** **Appellee.**

---

### On appeal from the 357th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant, Suzanna E. Groves attempted to perfect an appeal from an order signed on February 26, 2013, in cause no. CL-05-1249-E. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated February 26, 2013. On April 15, 2013, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX.

R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant responded to the Court's notice by providing an order signed by the trial court on April 8, 2013 granting appellant's affidavit of indigency and by filing an amended notice of appeal.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellant is attempting to appeal an "Order on Plaintiff's Motion to Reconsider Order and Motion for Interlocutory Default Judgment." The order granting appellant's affidavit of indigency does not establish that this Court has jurisdiction over this matter.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

                                                              PER CURIAM

Delivered and filed the
6th day of June, 2013.

2